IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CECILIA FRAHER,                             )   1:06-CV-00555-OWW-SMS-P
                                            )
       Plaintiff,                          )
                                            )   ORDER TO SUBMIT NEW APPLICATION
       vs.                                 )   TO PROCEED IN FORMA PAUPERIS AND
                                            )   CERTIFIED COPY OF TRUST ACCOUNT
DR. SURYDEVARA,                             )   STATEMENT **OR** PAY FILING FEE
                                            )
       Defendant.                          )
_____             )

       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a copy of her prison trust account statement. However, plaintiff's application to proceed in forma pauperis did not contain up-to-date information.[1] In addition, the copy of plaintiff's prison trust account statement did not include the six month period **immediately preceding** the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis containing up-to-date information and a certified copy of her trust account statement which includes the six month period immediately preceding the filing of the complaint, or in the alternative, to pay the $350.00 filing fee.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

       2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and a certified copy of her prison trust account

---

[1] Plaintiff's signature on the application to proceed in forma pauperis was dated 11/15/05, but the complaint was filed almost four months later on 03/10/06.

1  statement for the six month period immediately preceding the filing of the complaint, or in the
2  alternative, pay the $350.00 filing fee for this action.  Failure to comply with this order will result in a
3  recommendation that this action be dismissed.
4  IT IS SO ORDERED.
5  **Dated:     June 15, 2006**                         **/s/ Sandra M. Snyder**
   b6edp0                                              UNITED STATES MAGISTRATE JUDGE