IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA FRAHER, ) | 1:06-CV-00555-OWW-SMS-P |
| Plaintiff, ) | |
| vs. ) | SECOND ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| DR. SURYDEVARA, ) | |
| Defendant. ) | |

Plaintiff, a state prisoner proceeding pro se, is proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.

On June 16, 2006, the court issued an order for plaintiff to submit a new application to proceed in forma pauperis and a certified copy of her trust account statement, or in the alternative, to pay the $350.00 filing fee for this action, within thirty days from the date of service of the order. On July 17, 2006, plaintiff submitted copies of her trust account statement which included two time periods, 12/17/05-04/17/06 and 4/1/06-06/30/06. However, the entire trust account statement was not certified. Furthermore, plaintiff did not submit a new application to proceed in forma pauperis, due to delays at the prison beyond her control.[1] Plaintiff shall be given another opportunity to comply with the court's order of June 16, 2006.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, plaintiff shall submit a new application to proceed in forma pauperis and a certified copy of her prison trust account statement

---

[1] Along with the copies of her trust account statement, plaintiff submitted a letter to the court explaining why she was unable to comply with the court's order in a timely manner.

for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $350.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    July 26, 2006**                         /s/ Sandra M. Snyder
b6edp0                                    UNITED STATES MAGISTRATE JUDGE