IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA FRAHER, | 1:06-cv-00555-LJO-SMS (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| DR. SURYDEVARA, | (DOCUMENT #16) |
| Defendant. | SIXTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 20, 2008, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted sixty (60) days from the date of service of this order in which to file an amended complaint, pursuant to the court's order of June 11, 2008.

IT IS SO ORDERED.

**Dated:   July 3, 2008**             /s/ Sandra M. Snyder
                          UNITED STATES MAGISTRATE JUDGE